UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO: 21-cv-22837

INGRID FLORES,

    Plaintiff,

v.

UNIVERSITY OF MIAMI,

    Defendant.
_____/

## NOTICE OF REMOVAL

Defendant, University of Miami ("UM"), through counsel and pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, removes this action from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida, Miami Division, and states:

1. Plaintiff, Ingrid Flores, served the amended complaint upon which this removal is based on July 20, 2021. (**Composite Exhibit 1** at 1-31.)[1] Plaintiff asserts class and individual claims under the Employee Retirement Income Security Act ("ERISA") (Count I-V), individual claims under the Florida Civil Rights Act ("FCRA") (Counts VI-VIII), and individual claims under the Family and Medical Leave Act ("FMLA") (Count IX-X). Thus, this case satisfies 28 U.S.C. §§ 1331 and 1367, as the Court has original jurisdiction over the claims arising under ERISA (29 U.S.C. § 1001, *et seq*.), and the FMLA (29 U.S.C. § 2601, *et seq*.), and supplemental jurisdiction over the claims arising under the FCRA (Fla. Stat. § 760.01, *et seq*.),

---

[1] Copies of all process, pleadings, and orders served upon UM in this action, as well as the other filings available via the State Court's online docket system, are included in Composite Exhibit 1.

which like the federal claims, concern employment-related conduct between Plaintiff and UM.

2. This Notice of Removal is timely because it has been filed within thirty (30) days of UM's receipt of a copy of Plaintiff's amended complaint, the first filing that asserts claims under ERISA and the FMLA, making the action removable.

3. By filing this Notice of Removal, UM does not waive any defenses, or concede that Plaintiff has stated any claim upon which relief can be granted.

4. A copy of this Notice of Removal will be filed with the Clerk of the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, and notice of it will be served on Plaintiff's counsel.

Respectfully submitted,

By: *s/Eric Hernandez*
Eric A. Hernandez
Fla. Bar No. 340730
Hernandez Lee Martinez, LLC
P.O. Box 531029 (mailing address only)
Miami, FL 33153
(305) 842-2101
eric@hlmlegal.com