UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 21-22837-CIV-MARTINEZ

INGRID FLORES,

    Plaintiff,

v.

UNIVERSITY OF MIAMI,

    Defendant.

_____/

**ORDER OF DISMISSAL WITH PREJUDICE**

THIS MATTER is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice, (ECF No. 26). It is hereby:

**ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice**. Each party shall bear its own attorney's fees and costs. This case is **CLOSED** and all pending motions are **DENIED** as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 9th day of November, 2021.

                                                                                         _____
                                                                                         JOSE E. MARTINEZ
                                                                                         UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record